Before WILKINSON, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ralph and Beverly Byrd appeal the district court's order affirming the bankruptcy court's order appointing a Chapter 11 trustee, denying their motion for reconsideration of the appointment, approving the applications to employ special counsel to the trustee, and approving the application for compensation. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Byrd v. Johnson,* 467 B.R. 832 (D.Md.2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Kevin TUCKER, a/k/a KT, Defendant–Appellant.**

**No. 12–6877.**

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 12, 2012.

Decided: Oct. 12, 2012.

Kevin Tucker, Appellant Pro Se. Peter Sinclair Duffey, Assistant United States Attorney, Richmond, Virginia, for Appellee.

846

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Tucker appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the order and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Tucker*, No. 3:05–cr–00322–REP–1 (E.D.Va. Apr. 27, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*